UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. EDIE,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden,<br><br>    Respondent. | Case No. CV 05-339 DSF (JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation, with the following modifications:

    page 2, note 3: change "May 5" to "May 10";

    page 5, line 27: change "<u>Viscotti</u>" to "<u>Visciotti</u>";

    page 8, lines 21 and 24: change "1192.7(31)" to "1192.7(c)(31)";

    page 9, note 8: change "91 Cal. App. 4th 1150-51" to "91 Cal. App. 4th 1147, 1150-51"; and

    page 10, line 13: change "Ex. 7" to "Ex. F."

1 | IT IS ORDERED that the Petition is denied and this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  10/8/08

*Dale S. Fischer*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2