UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. EDIE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN F. SALAZAR, Warden,<br><br>　　　　Respondent. | Case No. CV 05-339 DSF (JC)<br><br>(PROPOSED)<br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 10/8/08

*Dale S. Fischer*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE